**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**March 29, 2012**

**CASE NUMBER:  CV 12-00781 EDL**
**CASE TITLE:  SHANEL CHOLAGH-v-DIVERSIFIED COLLECTION SERVICES, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable William H. Alsup** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/29/12

FOR THE EXECUTIVE COMMITTEE:

_____
                               Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies			Special Projects
Log Book Noted					Entered in Computer 3/29/12 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel				Transferor CSA